WILLIAM G. MALCOLM, #129271
KERRY MOYNIHAN, #250571
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,
Wachovia Mortgage**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>CARL FREDERICK PIEPER,<br><br><br>Debtor. | Bankruptcy Case No. 09-13905<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>MEETING OF CREDITORS:<br>DATE: January 19, 2010<br>TIME: 8:00 AM<br>PLACE: Santa Rosa U.S. Trustee Office<br><br>CONFIRMATION HEARING:<br>DATE: February 8, 2010<br>TIME: 1:30 PM<br>PLACE: Santa Rosa Courtroom |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR AND THE DEBTOR'S COUNSEL:**

Wachovia Mortgage ("Wachovia") is the holder of a secured claim recorded against property in which the Debtor has an interest. Wachovia is, therefore, a party in interest and has standing to object to the Debtor's Chapter 13 Plan.

Wachovia is the holder of a claim secured only a security interest in real property commonly referred to as 1420 E. 35th Street, Tulsa, Oklahoma. The total amount that is due and owing under the Promissory Note is approximately $131,228.52 and the pre-petition arrearage owed is $3,991.89.

Wachovia objects to the Debtor's Plan on the following grounds:

The Debtor's Plan does not provide for the curing of the pre-petition arrearages owed to Wachovia. As the Debtor's Plan does not provide for the cure of the pre-petition arrearages owed, the Debtor's Plan is infeasible and does not satisfy §1322(b)(5).

Based on the foregoing, Wachovia respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for payments of Wachovia's pre-petition arrearages.

DATED: January 19, 2010              Respectfully Submitted,

                                     MALCOLM CISNEROS, A Law Corporation


                                      /s/William G. Malcolm
                                     WILLIAM G. MALCOLM
                                     Attorney for Secured Creditor,
                                     Wachovia Mortgage

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )   ss.
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On January 19, 2010, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

> Carl Frederick Pieper
> 485 Amoros Court
> Santa Rosa, CA 95401
>
> Evan Livingstone
> 182 Farmer's Lane 100A
> Santa Rosa, CA 95405
>
> David Burchard
> Chapter 13 Trustee
> 393 Vintage Park Drive, Ste. 150
> Foster City, CA 94404

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2010, at Irvine, California.

> /s/*Liz Chapin*
> LIZ CHAPIN